

## IN THE DISTRICT COURT OF DAUPHIN COUNTY PENNSYLVANIA

**UNITED STATES OF AMERICA; et seq.**
**Plaintiff (Petitioner)**

**CASE and/or DOCKET No.: 16-02535**

**Sheriff's Sale Date:** _____

V.

**GRANT F. BEITLER; et al.**
**Defendant (Respondent)**

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served GRANT F. BEITLER the above process on the 6 day of March, 2017, at 3:00 o'clock, P M, at 1613 Elm St New Cumberland, PA 17070 1220, County of Dauphin, Commonwealth of Pennsylvania:

**Manner of Service:**

☑  By handing a copy to the Defendant(s)

Description: Approximate Age 51-55  Height 6'  Weight 270  Race WHITE  Sex MALE  Hair GRAY
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of Pa             )
                                      ) SS:
County of Berks                       )

Before me, the undersigned notary public, this day, personally, appeared _____Jeffrey Clohessy_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-164992
Case ID #: 4823858

Subscribed and sworn to before me
this 8 day of Mar, 2017.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017