<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE MIDDLE DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　Plaintiff<br><br>　　v.<br><br>GRANT F. BEITLER<br>　　　　　　Defendant | Civil Action No: 16-02535 |

### DEFAULT

AND NOW, this 30th day of March, 2017, default is hereby entered against defendant, GRANT F. BEITLER for failure to answer, plead or otherwise defend against the Complaint, pursuant to Federal Rule of Civil Procedure 55(a).

　　　　　　　　　　　　　　　　　　　　　Peter J. Welsh, Acting
　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

　　　　　　　　　　　　　　　　　　　　　_/s/_____
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk