AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:16-cv-02535 |
| Grant F. Beitler | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other: Judgment is hereby entered in favor of the United States of America and against Defendant Grant F. Beitler in the amount of $154,987.96 plus interest at the rateof $16.45 per day from October 14, 2016 to the date of any Marshal's Sale orother sale of the property located at 847 Blosser Street, Millersburg, PA 17061

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Kane _____ on a motion for Default Judgment

Date: May 31, 2017

CLERK OF COURT

*(signature)* Rachelle Weida

*Signature of Clerk or Deputy Clerk*