**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 16-02535 |
| **DEFENDANT** Grant F. Beitler | **TYPE OF PROCESS** Sale |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Grant F. Beitler

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
847 Blosser Street, Millersburg, PA 17061

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KML Law Group, P.C.
701 Market
Suite 5000
Philadelphia, PA 19106

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

**FILED HARRISBURG, PA**
**JAN 1 1 2018**
Per _AAA_ Deputy Clerk

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Minimum Bid: $23,600.00

Sale: January 11, 2018 at 11:00 a.m.    Federal Building & US Courthouse 228 Walnut St., Harrisburg PA. 17101
*Steps of the Walnut St. Entrance

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 215-627-1322
DATE: 1/5/18

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 67
District to Serve No. 67
Date: 01/05/2018

☐ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 1/11/18    Time: 11:00   ☒ am  ☐ pm

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

**REMARKS:** Sold for $79,000.00

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13